**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case 05-14102 MER |
| ROBERT CHARLES SMALLWOOD | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

**ORDER FOR STATUS REPORT**

The above-captioned Chapter 7 case was filed on March 7, 2005.  In reviewing the record in this case, the Court has determined that there has been no activity since December 5, 2008, and no final accounting/report has been filed by the Chapter 7 Trustee.  Accordingly, it is

ORDERED, that the Chapter 7 Trustee shall, on or before thirty (30) days from the date of entry of this order, either file a Status Report informing the Court of the status of this case and what actions he/she intends to take to insure that this case is closed promptly, or file a final accounting.

DATED:  August 6, 2009                    BY THE COURT:


_____
Michael E. Romero
U.S. Bankruptcy Judge